```
STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
P.O. Box 553
Grover Beach, CA 93483
Tel: 805-458-6312
Email: slcrawfordlaw@gmail.com


Attorney for Defendant
        LORENA RAMIREZ
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  1:20CR00175 ADA |
|        Plaintiff, | ) |
| | ) AMENDED MOTION TO EXONERATE |
|    vs. | ) BOND and ORDER |
| | ) |
| LORENA RAMIREZ, | ) |
|        Defendant. | ) |
| | ) |

On October 13, 2020, Defendant's family posted a $2,000.00 bond and the pink slip to her 2002 Chevy vehicle, vin 223322 on behalf of Defendant LORENA RAMIREZ. The defense is requesting this Court to exonerate the bond and return the vehicle ownership papers as this case is completed. Ms. Ramirez has been sentenced and has surrendered to the US Marshal's office.

The following is the information needed for return of the Certificate of Title:

1. Name of Titled Owner:    Lorena Ramirez
2. License Plate Number:    CA LP# 7DUA069
3. VIN:                     IGNEK13T42R223322
4. Make & Model:            2002 Chevrolet Tahoe

5. Name and Address to be sent: Nancy Ramirez, 1665 N. Marks Ave., Apt. 113, Fresno, CA 93722

DATED: October 24, 2023

                                    Respectfully submitted,

                                    /Steven L. Crawford?
                                    STEVEN L. CRAWFORD, Attorney for Lorena Ramirez

IT IS SO ORDERED:

DATED: 10/24/2023                       _Sheila K. Oberto_____
                                      United States Magistrate Judge